| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bush, Ronald E. | 2. Court or Organization<br><br>United States District Court - Idaho | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse/Federal Building<br>550 W. Fort St.<br>Boise, Idaho 83724 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | State of Idaho District Judge Retirement Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bush, Ronald E.** | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - Idaho Housing & Fin. revenue bonds | A | Interest | J | T | Redeemed (part) | 01/01/13 | J | A | |
| 3. | | | | | Redeemed (part) | 07/01/13 | J | A | |
| 4. - JP Morgan, AMJ | A | Dividend | K | T | | | | | |
| 5. - Powershs DB Commodity Index, DBC | | None | J | T | Sold (part) | 04/19/13 | J | A | |
| 6. - ISHARES JP Morgan Emerging, EMB | A | Dividend | | | Sold | 07/12/13 | J | A | |
| 7. - ISHARES MSCI Brazil Free Index Fund, EWZ | | None | | | Sold | 02/28/13 | J | | |
| 8. - ISHARES FTSE China 25 Index Fund, FXI | | None | | | Sold | 02/28/13 | J | A | |
| 9. - ISHARES Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Buy (add'l) | 04/19/13 | J | | |
| 10. | | | | | Sold (part) | 06/07/13 | J | A | |
| 11. - SPDR Barclay's Cap. High Yield Bond, JNK | A | Dividend | | | Sold | 07/12/13 | J | | |
| 12. - SPDR Dow Jones, RWR | A | Dividend | J | T | | | | | |
| 13. - Barclays Tips Bond Fund, TIP | A | Dividend | | | Sold | 02/28/13 | J | A | |
| 14. - Vanguard Info. Technology, VGT | A | Dividend | K | T | Sold (part) | 11/18/13 | J | A | |
| 15. - ISHARES Health Care Providers, IHF | A | Dividend | J | T | Sold (part) | 06/07/13 | J | A | |
| 16. - IBoxx Investop Corp., LQD | A | Dividend | | | Sold | 02/28/13 | J | A | |
| 17. - MSCI ETF High Dividend Equity Fund, HDV | A | Dividend | | | Sold | 02/28/13 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - POWERSHS ETF Sr. Loan Portfolio, BKLN | B | Dividend | K | T | Buy (add'l) | 07/12/13 | J | | |
| 19. | | | | | Sold (part) | 11/18/13 | K | | |
| 20. - Wisdomtree Emg. Market Income Fund, DEM | | None | | | Sold | 02/28/13 | J | A | |
| 21. - ISHARES TR Dow Jones Int'l Select, IDV | A | Dividend | | | Sold | 11/26/13 | J | A | |
| 22. - Market Vectors ETF Emerging Mkts. Local, EMLC | A | Dividend | | | Sold | 07/12/13 | J | | |
| 23. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Buy | 07/26/13 | J | | |
| 24. - ISHARES ETF Core Emerging Mrkts, IEMG | A | Dividend | K | T | Buy | 02/28/13 | K | | |
| 25. | | | | | Sold (part) | 06/07/13 | J | | |
| 26. | | | | | Sold (part) | 11/18/13 | J | | |
| 27. - ISHARES ETF Floating Rate Bond, FLOT | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 28. - PIMCO 1-5 yr US TIPS Index Exchange, STPZ | A | Dividend | J | T | Buy | 02/28/13 | J | | |
| 29. - SPDR Fin'l Select Shares of Beneficial Interest, XLF | A | Dividend | J | T | Buy | 02/28/13 | K | | |
| 30. | | | | | Sold (part) | 06/07/13 | J | A | |
| 31. - SPDR Barclay's ETF 0-5 High Yield Index, SJNK | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 32. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | J | T | Buy | 07/12/13 | J | | |
| 33. - VANGUARD Industrials, VIS | A | Dividend | J | T | Buy | 02/28/13 | K | | |
| 34. | | | | | Sold (part) | 06/17/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Wisdomtree Europe ETF Equity Fund, HEDJ | A | Dividend | J | T | Buy | 11/19/13 | J | | |
| 36. - Wisdomtree Japan HDGD Equity, DXJ | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 37. - Wisdomtree Trust Small Cap. Div. Fund Index, DGS | A | Dividend | J | T | Buy | 02/28/13 | K | | |
| 38. US Bank accounts | | None | K | T | | | | | |
| 39. Federal Credit Union account | A | Interest | K | T | | | | | |
| 40. New York Life insurance policy | A | Dividend | J | T | | | | | |
| 41. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 42. IBM (UGTMA ▓▓▓▓▓▓) | B | Dividend | L | T | Sold (part) | 12/31/13 | J | | |
| 43. Bank of Commerce common stock | A | Dividend | J | T | | | | | |
| 44. Charles Schwab Investment Account | D | Dividend | N | T | | | | | |
| 45. Pepco common stock | A | Dividend | J | T | | | | | |
| 46. AMC Government Sec. Fund | A | Dividend | J | T | | | | | |
| 47. MDU Resources Common Stock | A | Dividend | J | T | | | | | |
| 48. Idaho "IDEAL" 529 college savings fund (select risk only) | B | Dividend | K | T | Redeemed (part) | 02/08/13 | J | | |
| 49. Am. Funds VCSP College savings AM 529 (select risk only) | B | Dividend | L | T | Redeemed (part) | 07/29/13 | K | | |
| 50. J.A. Eggleson Farms, Inc. ▓▓▓▓ 1/7 ownership) | B | Dividend | N | U | | | | | |
| 51. Bank of Idaho common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 53. General Electric common stock | A | Dividend | J | T | | | | | |
| 54. Microsoft common stock | A | Dividend | J | T | | | | | |
| 55. Brokerage Account #2 ▓▓▓ (Y) (H) | | | | | | | | | |
| 56. Brokerage Account #3 ▓▓▓ (H) | | | | | | | | | |
| 57. - MSCI Emerging Markets Index Fund, EEM | A | Dividend | J | T | | | | | |
| 58. - Barclay's Bond 1-3 yr credit, CSJ | A | Dividend | J | T | | | | | |
| 59. - MSCI EAFE Index Fund, EFA | A | Dividend | J | T | | | | | |
| 60. - SPDR Dow Jones, RWR | A | Dividend | J | T | | | | | |
| 61. - Morningstar Large Core Index Fund, JKD | A | Dividend | J | T | | | | | |
| 62. Brokerage Account #4 (retirement) (H) | | | | | | | | | |
| 63. - Vanguard Info. Tech., VGT | A | Dividend | K | T | Sold (part) | 11/18/13 | J | A | |
| 64. - SPDR Barclay's Capital High Yield Bond, JNK | A | Dividend | | | Sold | 07/12/13 | K | | |
| 65. - Healthcare Providers Index Fund, IHF | A | Dividend | K | T | Sold (part) | 11/18/13 | J | B | |
| 66. - PIMCO Exch. Traded Fund 1-5 yr US TIPS Index, STPZ | A | Dividend | K | T | Sold (part) | 11/18/13 | J | | |
| 67. - POWERSHS DB Commodity Index, DBC | | None | K | T | Sold (part) | 04/19/13 | J | | |
| 68. - JP Morgan USD Emerging, EMB | A | Dividend | | | Sold | 07/13/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | | | | | |
| 70.  - TR Barclay's Tips Bond Fund, TIP | A | Dividend | | | Sold | 02/28/13 | K | A | |
| 71.  - Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Sold (part) | 02/28/13 | J | B | |
| 72. | | | | | Buy (add'l) | 04/19/13 | J | | |
| 73.  - JP Morgan Exch. Traded MLP, AMJ | B | Dividend | K | T | Sold (part) | 11/18/13 | J | B | |
| 74.  - IBoxx Investop Corp., LQD | A | Dividend | | | Sold | 02/28/13 | K | A | |
| 75.  - MSCI High Dividend Equity Fund, HDV | A | Dividend | K | T | Sold (part) | 02/28/13 | K | C | |
| 76. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 77.  - ISHARES Trust Barclay's MBS Fixed, MBB | A | Dividend | | | Sold | 07/12/13 | K | A | |
| 78.  - POWERSHS ETF Senior Loan Portfolio, BKLN | B | Dividend | K | T | Buy (add'l) | 07/12/13 | K | | |
| 79. | | | | | Sold (part) | 11/18/13 | J | A | |
| 80.  - Wisdomtree Emg. Mkt. Income Fund, DEM | | None | | | Sold | 02/28/13 | K | | |
| 81.  - ISHARES TR Dow Jones Int'l Select, IDV | A | Dividend | | | Sold | 07/16/13 | K | B | |
| 82.  - Market Vectors ETF Emerging Mkts. Local, EMLC | A | Dividend | | | Sold | 07/12/13 | J | A | |
| 83.  - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Buy | 02/28/13 | K | | |
| 84. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 85. | | | | | Sold (part) | 11/18/13 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | K | T | Buy | 02/28/13 | K | | |
| 87. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 88. - PIMCO Exchange Traded Fund 1-5 yr., STPZ | A | Dividend | K | T | Buy | 02/28/13 | K | | |
| 89. | | | | | Sold (part) | 11/18/13 | J | | |
| 90. - ISHARES ETF Core Emerging Markets, IEMG | A | Dividend | K | T | Buy | 02/28/13 | K | | |
| 91. - ISHARES TR 1-3 yr Bond ETF, CSJ | A | Dividend | K | T | Buy | 07/12/13 | J | | |
| 92. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 93. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Buy | 07/26/13 | K | | |
| 94. - SPDR BARCLAY'S ETF 0-5 Cash Constrained, SJNK | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 95. - Wisdomtree Europe ETF Hedged Equity Fund, HEDJ | A | Dividend | K | T | Buy | 11/19/13 | K | | |
| 96. Brokerage Account #5 (J.A. Eggleson Farms, Inc.) (H) | | | | | | | | | |
| 97. - Boise State Univ. Revenue Bond | A | Interest | J | T | | | | | |
| 98. - POWERSHS DB Commodity Index, DBC | | None | K | T | Sold (part) | 04/19/13 | J | A | |
| 99. - ISHARES Trust ETF JP Morgan USD Emerging, EMB | A | Dividend | | | Sold | 07/12/13 | J | A | |
| 100. - ISHARES Morningstar Large Core Index Fund, JKD | A | Dividend | K | T | Sold (part) | 02/28/13 | J | B | |
| 101. | | | | | Buy (add'l) | 04/19/13 | J | | |
| 102. - SPDR Barclay's Capital High Yield Bond ETF, JNK | A | Dividend | | | Sold | 07/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - SPDR Dow Jones REIT, RWR | A | Dividend | K | T | | | | | |
| 104. - ISHARES TR Barclay's Tipsbond Fund, TIP | A | Dividend | | | Sold | 02/28/13 | K | A | |
| 105. - Vanguard Info. Tech., VGT | A | Dividend | K | T | | | | | |
| 106. - PIMCO Exchange Traded Fund, 1-5 yr US Tips Index, STPZ | A | Dividend | K | T | Buy (add'l) | 02/28/13 | K | | |
| 107. | | | | | Sold (part) | 11/18/13 | J | | |
| 108. - ISHARES Healthcare Providers Index Fund, IHF | A | Dividend | K | T | Sold (part) | 11/18/13 | J | B | |
| 109. - ISHARES IBOXX Investop Corp., LQD | A | Dividend | | | Sold | 02/28/13 | K | A | |
| 110. - ISHARES MSCI ETF High Dividend Equity Fund, HDV | A | Dividend | K | T | Sold (part) | 02/28/13 | K | C | |
| 111. - Wisdomtree Emerging Mkts. Equity Inc. Fund, DEM | | None | | | Sold | 02/28/13 | K | | |
| 112. - ISHARES Trust Barlay's MBS, MBB | A | Dividend | | | Sold | 07/12/13 | K | | |
| 113. - JP Morgan Exch. Trad. Ntalerian MLP, AMJ | B | Dividend | K | T | Sold (part) | 11/18/13 | J | B | |
| 114. - ISHARES TR Dow Jones Int'l Select, IDV | A | Dividend | | | Sold | 07/26/13 | K | B | |
| 115. - POWERSHS ETF Senior Loan Portfolio, BKLN | B | Dividend | K | T | Buy (add'l) | 07/12/13 | K | | |
| 116. | | | | | Sold (part) | 11/18/13 | J | | |
| 117. - Market Vectors ETF Local Curr. Bond, EMLC | A | Dividend | | | Sold | 07/12/13 | J | | |
| 118. - ISHARES ETF Core MSCI, IEFA | A | Dividend | K | T | Buy | 07/26/13 | K | | |
| 119. - ISHARES ETF Core Emerging Markets, IEMG | A | Dividend | K | T | Buy | 02/28/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - ISHARES ETF Floating Rate Note Fund, FLOT | A | Dividend | K | T | Buy | 02/28/13 | K | | |
| 121. | | | | | Buy (add'l) | 07/12/13 | J | | |
| 122. - ISHARES TR 1-3 yr. Credit Bond ETF, CSJ | A | Dividend | K | T | Buy | 07/12/13 | J | | |
| 123. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 124. - SPDR Barclay's ETF 0-5 High Yield, SJNK | A | Dividend | K | T | Buy | 11/18/13 | K | | |
| 125. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | K | T | Buy | 02/28/13 | K | | |
| 126. | | | | | Buy (add'l) | 07/12/13 | K | | |
| 127. | | | | | Sold (part) | 11/18/13 | K | B | |
| 128. - Wisdomtree Europe ETF Equity Fund, HEDJ | A | Dividend | K | T | Buy | 11/19/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I, Line 1:  I am the president and a director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation.  I have been an officer and director for over 20 years.  The company's stock is entirely owned by me and ▇▇▇▇▇▇▇▇.  I accept no fees for my work as an officer or director of the corporation.

Section VII, Line 55:  This was a UGTMA custodian account.  During the reporting period a new account agreement was executed between the broker and the ▇▇▇ I served as custodian for.  I no longer have any control over or ownership in that account.

Section VII, Line 56:  The brokerage accounts contained in this report have been renumbered from the 2012 report because Brokerage Account #3 on the 2012 report became unreportable during 2012 and, therefore, is not listed on the 2013 report.  The 2012 report contained an explanation about that account in the Additional Information Section.  Accordingly, what is now listed as Brokerage Account #3, was formerly Brokerage Account #4, and all Brokerage Accounts thereafter also have been renumbered in the 2013 report.  The 2013 report contains information about only the five brokerage accounts required to be reported, instead of the six listed on the 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544